IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        )
                                )
            v.                  )    Criminal No. 07-059
                                )
WALTER J. THOMISON              )
a/k/a Wally                     )

O R D E R

AND NOW, to wit, this __1__ day of May, 2007, upon

consideration of the Motion to Unseal Indictment and Arrest

Warrant, heretofore filed by the United States of America, it is

hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment returned in

this case and the Arrest Warrant issued pursuant to said Indictment

are hereby UNSEALED.

_____
UNITED STATES DISTRICT JUDGE

cc:  United States Attorney